1

2

3

4

5

6

7

8  **UNITED STATES DISTRICT COURT**

9  **SOUTHERN DISTRICT OF CALIFORNIA**

10

11  CAROLYN KENNARD, an individual,
on behalf of herself, and on behalf of all
12  persons similarly situated,

13                          Plaintiff,

14  v.

15  CHERRY HILL PROGRAMS, INC., a
Corporation; and DOES 1 through 50,
16  inclusive,

17

18                          Defendants.

Case No.: 3:25-cv-00652-BTM-VET

**ORDER GRANTING JOINT
MOTION TO CONTINUE EARLY
NEUTRAL EVALUATION AND
CASE MANAGEMENT
CONFERENCE**

**[Doc. No. 9]**

19

20          Before the Court is the Joint Motion to Continue Early Neutral Evaluation

21  Conference, Case Management Conference, and Related Dates. Doc. No. 9 ("Joint

22  Motion"). Therein, the parties seek to continue the Early Neutral Evaluation and Case

23  Management Conference ("ENE/CMC") by eight (8) days or more due to pre-existing

24  conflicts. *Id.* at 2. The parties filed the Joint Motion within five (5) days of the Court's

25  Notice and Order setting the ENE/CMC, in accordance with the undersigned's Chambers

26  Rules. Doc. No. 8 at 6. Accordingly, based on a review of the Joint Motion and the record,

27  and good cause appearing, the Court **GRANTS** the Joint Motion.

28

The Court **ORDERS** the following:

1.      All dates and deadlines set forth in the Court's Notice and Order Setting the ENE/CMC, dated March 28, 2025, are hereby **VACATED**. *See* Doc. No. 8.

2.      Counsel and party representatives must appear for an Early Neutral Evaluation Conference ("ENE") in this case on **June 11, 2025** at **1:30 p.m.** before Magistrate Judge Valerie E. Torres.

3.      No later than **June 4, 2025**, each party must *lodge a confidential ENE Statement* by e-mail to the Court at efile_torres@casd.uscourts.gov.

4.      Counsel must meet and confer pursuant to Fed. R. Civ. P. 26(f) no later than **May 21, 2025**.

5.      Initial disclosures, pursuant to Fed. R. Civ. P. 26(a)(1)(A-D), must occur on or before **June 4, 2025**.

6.      A Joint Discovery Plan must be filed on the CM/ECF system no later than **June 4, 2025**.

7.      All other guidance and requirements set forth in the Court's prior Notice and Order Setting the ENE/CMC, dated March 28, 2025, remain in effect. *See* Doc. No. 8.

**IT IS SO ORDERED.**

Dated:  April 14, 2025

Honorable Valerie E. Torres
United States Magistrate Judge

3:25-cv-00652-BTM-VET